**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

O'DONNELL & SONS, INC., on behalf of itself and all persons similarly situated,

Plaintiff,

-against-

25 **CIVIL** 8874 (CS)

# JUDGMENT

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 27, 2026, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

July 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**